UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | Chapter 13 |
|     Kenneth Lee Meyers | Bankruptcy No.25-14518-PMM |
|     Christine Eileen Meyers | |
|         Debtors | |

<u>CERTIFICATE OF SERVICE</u>

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 11th day of February, 2026, by first class mail upon those listed below:

Kenneth Lee Meyers
Christine Eileen Meyers
50 S. Hull St
Reading, PA  19608

**<u>Electronically via CM/ECF System Only:</u>**

DAVID W TIDD ESQ
200 SPRING RIDGE DR, STE 100
WYOMISSING, PA  19610

/s/ *Kristen Gliem*
_____
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee