UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

KENNETH LEE MEYERS
CHRISTINE EILEEN MEYERS

CASE NO: 25-14518-pmm

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13
ECF Docket Reference No. 14

On 3/24/2026, I did cause a copy of the following documents, described below,

Meyers, Kenneth & Christine 1st Amended Chapter 13 Plan ECF Docket Reference No. 14

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/24/2026

/s/ David W. Tidd, Esq.
David W. Tidd, Esq.  88203
Attorney at Law
David W. Tidd Law
200 Spring Ridge Drive, Second Floor, Suite 200
Wyomissing, PA 19610
610-838-8700
bankruptcy@davidtiddlaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

KENNETH LEE MEYERS
CHRISTINE EILEEN MEYERS

CASE NO: 25-14518-pmm

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No. 14

On 3/24/2026, a copy of the following documents, described below,

Meyers, Kenneth & Christine 1st Amended Chapter 13 Plan ECF Docket Reference No. 14

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/24/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
David W. Tidd, Esq.
David W. Tidd Law
200 Spring Ridge Drive, Second Floor, Suite 200
Wyomissing, PA  19610

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

EXCLUDE

(U)LAKEVIEW LOAN SERVICING LLC

EXCLUDE

READING
UNITED STATES BANKRUPTCY COURT
OFFICE OF THE CLERK  GATEWAY BUILDING
201 PENN STREET  1ST FLOOR
READING  PA 19601 4038

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 25-14518-PMM
EASTERN DISTRICT OF PENNSYLVANIA
TUE MAR 24 12-4-29 PST 2026

UNDELIVERABLE

12 CREDIT ONE BANK N A
GREENVILLE  SC 29602

BUREAU OF ACCOUNT MANA
BUREAU OF
CAMP HILL  PA 17011

BUREAU OF ACCOUNT MANAGMENT
ATTN BANKRUPTCY
3607 ROSEMONT AVE STE 502
CAMP HILL  PA 17011-6943

CAPIO PARTNERS LLC
3400 TEXOMA PKWY
SHERMAN  TX 75090-1905

CAPIO PARTNERS  LLC
ATTN BANKRUPTCY
PO BOX 3498
SHERMAN  TX 75091-3498

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY  UT 84130-0285

CAPITAL ONE
PO BOX 31293
SALT LAKE CITY  UT 84131-0293

CELTIC BANK
350 CAMINO DE LA REINA
SAN DIEGO  CA 92108-3007

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

LAKEVIEW LOAN SERVICING  LLC
CO KML LAW GROUP
701 MARKET STREET SUITE 5000
PHILADELPHIA  PA 19106-1541

LAKEVIEW LOAN SERVICING  LLC
CO MT BANK
PO BOX 840
BUFFALO  NY 14240-0840

LAKEVIEW LOAN SERVICING  LLC
CO MATTHEW K FISSEL
KML LAW GROUP  PC
701 MARKET STREET
SUITE 5000
PHILADELPHIA  PA 19106-1541

LVNV FUNDING  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

LOCKHART MORRIS  MONTGOMERY  INC
ATTN BANKRUPTCY DEPT
1401 N CENTRAL EXPY STE 225
RICHARDSON  TX 75080-4456

LOCKHART MORRIS  MONT
1401 N CENTRAL EXPY
RICHARDSON  TX 75080-4669

UNDELIVERABLE

LVNV FUNDING
GREENVILLE  SC 29602

LVNV FUNDING LLCRESURGENT CAPITAL SERVI
RESURGENT CORRESPONDENCE  ATTN BANKRUPT
PO BOX 1269
GREENVILLE  SC 29602-1269

(P)MT BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

EXCLUDE

(D)(P)MT BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228 2307

MIDLAND CREDIT MANAGEM
350 CAMINO DE LA REINA
SAN DIEGO  CA 92108-3007

MIDLAND CREDIT MANAGEMENT  INC
PO BOX 2037
WARREN  MI 48090-2037

MIDLAND CREDIT MGMT
ATTN BANKRUPTCY
PO BOX 939069
SAN DIEGO  CA 92193-9069

ONEMAIN FINANCIAL GROUP  LLC
PO BOX 3251
EVANSVILLE  IN 47731-3251

ONEMAIN
PO BOX 1010
EVANSVILLE  IN 47706-1010

PENN STATE HERSHEY MEDICAL CTR
BUREAU OF
CAMP HILL  PA 17011

READING HOSPITAL
1401 N CENTRAL EXPY
RICHARDSON  TX 75080-4669

READING HOSPITAL
3400 TEXOMA PKWY
SHERMAN  TX 75090-1902

EXCLUDE

UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE
ROBERT NC NIX FEDERAL BUILDING
900 MARKET STREET
SUITE 320
PHILADELPHIA  PA 19107-4202

WELLS FARGO BANK NA
ATTN BANKRUPTCY
PO BOX 393
MINNEAPOLIS  MN 55480-0393

WELLS FARGO BANK NA
PO BOX 393
MINNEAPOLIS  MN 55480-0393

EXCLUDE

WESTERN FUNDING INC
ATTN BANKRUPTCY DEPT
3915 E PATRICK LN
LAS VEGAS  NV 89120-3911

WESTERN FUNDING INC
PO BOX 94858
LAS VEGAS  NV 89193-4858

CHRISTINE EILEEN MEYERS
50 S HULL STREET
READING  PA 19608-1126

EXCLUDE

DAVID W TIDD
DAVID W TIDD  ESQUIRE
200 SPRING RIDGE DRIVE
SUITE 100
WYOMISSING  PA 19610-3343

EXCLUDE

KENNETH LEE MEYERS
50 S HULL STREET
READING  PA 19608-1126

EXCLUDE

(P)SCOTT F WATERMAN CHAPTER 13 TRUSTEE
2901 ST LAWRENCE AVE
SUITE 100
READING PA 19606-2265