United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-14518-pmm |
| Kenneth Lee Meyers | Chapter 13 |
| Christine Eileen Meyers | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: May 14, 2026 | Form ID: 155 | Total Noticed: 32 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kenneth Lee Meyers, Christine Eileen Meyers, 50 S. Hull Street, Reading, PA 19608-1126 |
| 15069684 | | 12 Credit One Bank N A, Greenville, SC 29602 |
| 15069685 | | Bureau of Account Mana, Bureau OF, Camp Hill, PA 17011 |
| 15069691 | | Celtic Bank, 350 Camino de la Reina, San Diego, CA 92108-3007 |
| 15078685 | + | LAKEVIEW LOAN SERVICING, LLC, c/o MATTHEW K. FISSEL, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 15069694 | | Lvnv Funding, Greenville, SC 29602 |
| 15069701 | | Penn State Hershey Medical Ctr, Bureau OF, Camp Hill, PA 17011 |
| 15069703 | | Reading Hospital, 1401 N Central Expy, Richardson, TX 75080-4669 |
| 15069702 | + | Reading Hospital, 3400 Texoma Pkwy, Sherman, TX 75090-1902 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15069686 | ^ | MEBN | May 15 2026 00:27:22 | Bureau of Account Managment, Attn: Bankruptcy, 3607 Rosemont Ave Ste 502, Camp Hill, PA 17011-6943 |
| 15069687 | + | Email/Text: bnc-capio@quantum3group.com | May 15 2026 00:28:00 | Capio Partners LLC, 3400 Texoma Pkwy, Sherman, TX 75090-1905 |
| 15069688 | | Email/Text: bnc-capio@quantum3group.com | May 15 2026 00:28:00 | Capio Partners, LLC, Attn: Bankruptcy, PO Box 3498, Sherman, TX 75091-3498 |
| 15069690 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 15 2026 00:31:50 | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15069689 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 15 2026 00:32:04 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 15089473 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 15 2026 00:29:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 15076885 | ^ | MEBN | May 15 2026 00:27:00 | LAKEVIEW LOAN SERVICING, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15088788 | ^ | MEBN | May 15 2026 00:26:52 | LAKEVIEW LOAN SERVICING, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15071146 | | Email/PDF: resurgentbknotifications@resurgent.com | May 15 2026 00:31:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15069692 | | Email/Text: bankruptcy@lmminc.com | May 15 2026 00:29:00 | Lockhart Morris & Montgomery, Inc., Attn: Bankruptcy Dept, 1401 N Central Expy Ste 225, Richardson, TX 75080-4456 |
| 15069693 | | Email/Text: bankruptcy@lmminc.com | May 15 2026 00:29:00 | Lockhart,morris & Mont, 1401 N Central Expy, |

| Recip ID | | Manner | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Richardson, TX 75080-4669 |
| 15069695 | | Email/PDF: resurgentbknotifications@resurgent.com | May 15 2026 00:42:20 | Lvnv Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, PO Box 1269, Greenville, SC 29602-1269 |
| 15069697 | | Email/Text: camanagement@mtb.com | May 15 2026 00:28:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 15069696 | | Email/Text: camanagement@mtb.com | May 15 2026 00:28:00 | M & T Bank, PO Box 900, Millsboro, DE 19966-0900 |
| 15069698 | | Email/Text: bankruptcydpt@mcmcg.com | May 15 2026 00:28:00 | Midland Credit Managem, 350 Camino de la Reina, San Diego, CA 92108-3007 |
| 15087674 | + | Email/Text: bankruptcydpt@mcmcg.com | May 15 2026 00:28:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15069699 | | Email/Text: bankruptcydpt@mcmcg.com | May 15 2026 00:28:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 15079815 | + | Email/PDF: cbp@omf.com | May 15 2026 00:31:56 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 15069700 | | Email/PDF: cbp@omf.com | May 15 2026 00:31:49 | Onemain, PO Box 1010, Evansville, IN 47706-1010 |
| 15069705 | | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | May 15 2026 00:32:07 | Wells Fargo Bank NA, Attn: Bankruptcy, PO Box 393, Minneapolis, MN 55480-0393 |
| 15069704 | | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | May 15 2026 00:31:51 | Wells Fargo Bank NA, PO Box 393, Minneapolis, MN 55480-0393 |
| 15069707 | | Email/Text: BankruptcyNotice@westlakefinancial.com | May 15 2026 00:29:00 | Western Funding Inc, Attn: Bankruptcy Dept, 3915 E Patrick Ln, Las Vegas, NV 89120-3911 |
| 15069706 | | Email/Text: BankruptcyNotice@westlakefinancial.com | May 15 2026 00:29:00 | Western Funding Inc, PO Box 94858, Las Vegas, NV 89193-4858 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15071147 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2026                         Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2026 at the address(es) listed below:**

District/off: 0313-4                                    User: admin                                    Page 3 of 3
Date Rcvd: May 14, 2026                         Form ID: 155                                Total Noticed: 32

| Name | Email Address |
| --- | --- |
| DAVID W. TIDD | on behalf of Debtor Kenneth Lee Meyers bankruptcy@davidtiddlaw.com |
| DAVID W. TIDD | on behalf of Joint Debtor Christine Eileen Meyers bankruptcy@davidtiddlaw.com |
| MATTHEW K. FISSEL | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 155* (2/24)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Kenneth Lee Meyers | ) | Case No. 25−14518−pmm |
| | ) | |
| | ) | |
| Christine Eileen Meyers | ) | Chapter: 13 |
| | ) | |
| Debtor(s). | ) | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: May 14, 2026

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court