Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Kenneth Lee Meyers
Christine Eileen Meyers
50 S. Hull St
Reading, PA 19608

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 25-14518-PMM**

Petition Filed Date: 11/06/2025
341 Hearing Date: 12/16/2025
Confirmation Date: 05/14/2026

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/08/2025 | $758.66 | | 01/06/2026 | $758.66 | | 02/24/2026 | $763.65 | |
| 03/23/2026 | $758.66 | | 04/20/2026 | $74.64 | | 05/01/2026 | $833.30 | |
| 06/02/2026 | $833.30 | | 07/07/2026 | $833.30 | | | | |

**Total Receipts for the Period: $5,614.17 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $6,447.47**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID W TIDD ESQ | Attorney Fees | $3,148.00 | $3,148.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $523.81 | $0.00 | $523.81 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $2,064.02 | $0.00 | $2,064.02 |
| 3 | ONEMAIN FINANCIAL GROUP LLC<br>»» 03S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | ONEMAIN FINANCIAL GROUP LLC<br>»» 03U | Unsecured Creditors | $1,374.52 | $0.00 | $1,374.52 |
| 5 | MIDLAND CREDIT MANAGEMENT INC<br>»» 004 | Unsecured Creditors | $627.51 | $0.00 | $627.51 |
| 6 | MIDLAND CREDIT MANAGEMENT INC<br>»» 005 | Unsecured Creditors | $689.65 | $0.00 | $689.65 |
| 7 | M&T BANK<br>»» 006 | Mortgage Arrears | $40,902.86 | $2,803.02 | $38,099.84 |
| 8 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 007 | Unsecured Creditors | $484.85 | $0.00 | $484.85 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 008 | Unsecured Creditors | $2,558.95 | $0.00 | $2,558.95 |

**Chapter 13 Case No. 25-14518-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,447.47 | Current Monthly Payment: | $833.30 |
| Paid to Claims: | $5,951.02 | Arrearages: | $0.00 |
| Paid to Trustee: | $496.45 | Total Plan Base: | $48,945.77 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.